**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 37744**

| | |
|---|---|
| STATE OF IDAHO, | ) 2011 Unpublished Opinion No. 341 |
| | ) |
| Plaintiff-Respondent, | ) Filed: February 2, 2011 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| JOHNNY PADILLA AMAYA, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Bradly S. Ford, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of three years, for felony domestic battery, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Russell J. Spencer, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and GUTIERREZ, Judge
_____

PER CURIAM

Johnny Padilla Amaya pled guilty to felony domestic battery. I.C. § 18-903(a), 18-918(2). The district court sentenced Amaya to a unified term of ten years, with a minimum period of confinement of three years, to run concurrent with an unrelated sentence. Amaya appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Amaya's judgment of conviction and sentence are affirmed.